FOR THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 BANKRUPTCY |
| SAMMY ALLEN GRAY, JR., | * | CASE NO.: 09-10074 |
|    DEBTOR, | * | |
| SAMMY ALLEN GRAY, JR., | * | |
|    PLAINTIFF, | * | |
| VS. | * | ADVERSARY PROCEEDING |
| PIONEER CREDIT COMPANY OF ALABAMA, INC., d/b/a 1st SOUTH EAST ACCEPTANCE CORPORATION, | * | CASE NUMBER: 09-01050 |
| | * | |
|    DEFENDANT. | * | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Pioneer Credit Company of Alabama, Inc. d/b/a 1st South East Acceptance Corporation, Defendant, hereby appeals to the United States District Court For the Middle District of Alabama under 28 U.S.C.§158(a) from the judgment of the bankruptcy judge September 24, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Sammy Allen Gray, Jr., Plaintiff  
Honorable A. Wilson Webb  
Attorney for Plaintiff  
101 Church Street  
Rainbow City, Alabama 35906  
(256) 543-0150  

1st South East Acceptance Corp., Defendant  
Honorable Thadius W. Morgan, Jr.  
Attorney for Defendant  
Post Office Box 310396  
Enterprise, Alabama 36331  
(334) 347-8130  

Dated this 12th day of October, 2010.

                                                                                        */s/ Thadius W. Morgan, Jr.*  
                                                          Thadius W. Morgan, Jr. (MOR072)  
                                                          Attorney for Defendant  
                                                          Post Office Box 310396  
                                                          Enterprise, Alabama 36331  
                                                          (334) 347-8130