IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SAMMY ALLEN GRAY, JR., ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | |
| PIONEER CREDIT COMPANY ) | |
| OF ALABAMA, INC., d/b/a ) | |
| 1st South East Acceptance ) | |
| Corporation, ) | |
| ) | |
|    Appellant, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:10cv983-MHT |
| ) | (WO) |
| SAMMIE ALLEN GRAY, JR., ) | |
| ) | |
|    Appellee. ) | |

OPINION

For the reasons stated by the bankruptcy court on the record on September 15, 2010, this district court is of the opinion that the bankruptcy court did not abuse its discretion or otherwise commit reversible error in the award of attorney's fees to the appellee. Accordingly,

the fee award will be affirmed.  An appropriate judgment will be entered.

DONE, this the 6th day of September, 2011.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE

Case 09-01050   Doc 88   Filed 09/06/11   Entered 09/06/11 08:42:54   Desc Main
Document   Page 2 of 2